OCTOBER 21, 1968.

No. 40. JOHNSON v. AVERY, CORRECTION COMMISSIONER, ET AL. C. A. 6th Cir. [Certiorari granted, 390 U. S. 943.] Motion of American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* granted. *Melvin L. Wulf* on the motion.

No. 217, Misc. SANDERS ET AL. v. BELL, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *Joe W. Gerstein* for petitioners.

No. 463, Misc. GULLO v. DISTRICT OF COLUMBIA COURT OF GENERAL SESSIONS, DOMESTIC RELATIONS BRANCH, ET AL. Motion for leave to file petition for writ of mandamus denied. *Joseph S. Gullo* for petitioner.